SCANNED at WVCF and Emailed on
10-9-24 by WS - 104 pages.
(date)   (initials)   (num)

FILED
10/09/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

James Michael Hensley, JR )
"Amended complaint"  Plaintiff, )
)
Jessicha Meeks Leffler vs )
Sarah Clarke Fischer )
_____ )   Case No.: 2:24-cv-00483-MPB-MKK
Defendant, )   _____
)       (TO BE SUPPLIED BY THE CLERK)
(Enter above the full name of the )
Defendant(s) in this action.) )
)
)
)
)

# COMPLAINT

### I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

  Name  Jessicha Meeks
  Identification Number  unit team manager
  Address  6908 S. old US HWY 41
  Carlisle In 47838

B. Defendant(s)

  Name  Leffler
  Title  Lieutenant
  Address  6908 S. old US HWY 41
  Carlisle In 47838
  Name  Sarah Clarke
  Title  Mental Health
  Address  6908 S. old US HWY 41
  Carlisle In 47838

BK3

Name  K. Fischer
Title  warden
Address  6908 S. old US HWY 41
         caslisk In 47838.

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because  My constitution rights are being violated

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

NO

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

Ground 1: I have mental disabilities that are being ignored. And I've notify all defendants who tell me They don't care. And refuse to Treat my mental disabilities. which leaves me in damages. And self torture.

Ground 2: None of the defendants will give me proper care or medication. which put my life at risk.

Ground 3: I Notisied all the defendants I have been sucidal thoughts I need help. They never came mental Health sarah clark Never come. I've done tryed to killmyself 3 times.

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

I have mental disabilities which are Not being cared for. I've been suffering. I've notisied all defendants for help. None will give me help. which lead me to Try to kill myself 3 times in 2 months. which put me in a dangeouse issue. Now BK3 I am being charged with a level 4 Felony which I should not be charged with.

- Jessicha meeles, Removed I James Hensley out of the special case unit segregation

- Lieutantent Lessler, was notified I James Hensley was suffering and suicidal did nothing to stop it

- sasah claske mental Health did not cease to properly give me Treatement for my mental disebilities. I've had since I was 8 years old.

- Warden Fischer was notified who refused to do any investigation. And went by there officer wood. How lied to them.

- I plaintiff James Michael Hensley JR do have mental disabilities which were neglected. Put my life at risk. I have (ADD) (ADHD) (ODD). And more. No one will give me propee Treatments which left me in a unsteadble mental state of mind.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

I want criminal charges against the defendents. And ~~injection~~ injunction relief.

• I also want the felony 4 charges dropped against me. I should not be charged with.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this _October_ day of _7_, 20_24_

_James Hensley_
Plaintiff

BK3